**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-20002-CR-GAYLES**

UNITED STATES OF AMERICA

vs.

YOISLAN ARTIGAS SUAREZ,

        **Defendant.**

                                /

## FACTUAL PROFFER

The United States of America and Yoislan Artigas Suarez agree that the following facts are true and, had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

Starting in August 2025, DEA started investigating Yoislan ARTIGAS Suarez for selling methamphetamine in the Miami Beach area. On August 5, 2025, law enforcement used a confidential source ("CS") to make a controlled purchase of methamphetamine from ARTIGAS. The CS placed a controlled call to ARTIGAS' known telephone number and ordered methamphetamine. At the meet location, law enforcement observed ARTIGAS provide the CS with one ounce of methamphetamine in exchange for $250. The DEA laboratory later confirmed that the substance purchased was 27.9 grams of methamphetamine with a 100% purity.

On August 14, 2025, law enforcement used the CS to conduct a controlled purchase of methamphetamine from ARTIGAS. The CS placed a controlled call to ARTIGAS' known telephone number and ordered methamphetamine. At the meet location, law enforcement observed ARTIGAS provide the CS with one ounce of methamphetamine in exchange for $300. The DEA laboratory later confirmed that the substance purchased by the CS was 27.5 grams of methamphetamine with 96% purity.

On August 21, 2025, law enforcement used the CS to conduct another controlled purchase of methamphetamine from ARTIGAS. The CS was directed to make a controlled call (recorded by law enforcement) to ARTIGAS to order methamphetamine. During this call, ARTIGAS indicated that he needed to contact his source of supply ("SOS") because he did not have the methamphetamine at that time.

At the meet location, law enforcement observed ARTIGAS provide the CS with a one ounce of methamphetamine in exchange for $300. The DEA laboratory later confirmed that the substance purchased by the CS was 27.75 grams of methamphetamine with 99% purity.

On November 6, 2025, law enforcement used the CS to conduct another controlled purchase of methamphetamine from ARTIGAS. At the meet location, law enforcement observed ARTIGAS provide the CS with two ounces of methamphetamine in exchange for $500. The DEA laboratory later confirmed that the substance purchased by the CS was 55.5 grams of methamphetamine with 98% purity.

Following the execution of search warrants for two residences and two vehicles associated with ARTIGAS, ARTIGAS was taken into custody by DEA personnel. He was read his <u>Miranda</u> rights. He waived those rights via form and agreed to speak to agents. During his interview, ARTIGAS confirmed that he sold methamphetamine.

(This space intentionally left blank.)

2

The total amount of methamphetamine sold during this entire conspiracy was 138.65 grams of methamphetamine – actual.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 3/16/2026

By: _____
MONIQUE BOTERO
ASSISTANT UNITED STATES ATTORNEY

Date: 3-16-24

_____
KATE TAYLOR
COUNSEL FOR DEFENDANT

Date: 3-16-24

_____
YOISLAN ARTIGAS SUAREZ
DEFENDANT